UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Lisa Deel,

    Plaintiff,

v.                                   Case No.  11-12751
                                   Honorable Sean F. Cox

United Of Omaha Life Insurance Company,

    Defendants.

_____/

## ORDER

Plaintiff filed this action pursuant to the Employment Retirement Income Security Act, 29 U.S.C. § 1001 *et seq*. ("ERISA"), challenging Defendant's termination of her short-term disability benefits.  Thereafter, Plaintiff filed a Motion to Reverse Administrator's Decision, and Defendant filed a Motion to Affirm the Administrator's Decision, which were both referred to Magistrate Judge Laurie J. Michelson for issuance of a report and recommendation ("R&R").

On February 27, 2012, Magistrate Judge Michelson issued her R&R, wherein she recommends that the Court deny Plaintiff's motion and grant Defendant's motion.  (Docket Entry No. 16).

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R.  "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

The time for filing objections to the R&R has expired and the docket reflects that no party has filed objections to the R&R.

The Court hereby ADOPTS the February 27, 2012 R&R. IT IS ORDERED that: 1) Plaintiff's Motion to Reverse Administrator's Decision (Docket Entry No. 10) is DENIED; 2) Defendant's Motion to Affirm Administrator's Decision (Docket Entry No. 7) is GRANTED; and 3) this action shall be DISMISSED.

IT IS SO ORDERED.

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: March 19, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 19, 2012, by electronic and/or ordinary mail.

S/Jennifer Hernandez
Case Manager